1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHEILA ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6961
7      FAX: (415) 436-7027
       sheila.armbrust@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,            )  No. 16-MJ-70749 HRL
                                          )
14 |        Plaintiff,                    )  STIPULATION AND [PROPOSED] ORDER
                                          )  CONTINUING PRELIMINARY HEARING DATE
15 |    v.                                )  AND WAIVING TIME UNDER THE SPEEDY
                                          )  TRIAL ACT FROM MARCH 6, 2017, TO APRIL 3,
16 | DAN NGUYEN,                          )  2017
                                          )
17 |        Defendant.                    )
                                          )  **UNDER SEAL**
18 |_____)

19      The parties appeared before the Court on June 17, 2016, at which time the defendant made his

20 initial appearance on the above-captioned Complaint. The parties previously stipulated to exclude time

21 under Title 18, United States Code, Sections 3161(b) and 3161(h) and Federal Rule of Criminal

22 Procedure 5.1(d) until and including March 6, 2017.

23      With the agreement of the parties, and with the consent of the defendant, Dan Nguyen, the Court

24 enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d), continuing the deadline for

25 Indictment or Preliminary Hearing to April 3, 2017 at 1:30 p.m., before the Duty Magistrate Judge.

26 Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest.

27

28
   STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
   HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT

1 | The parties agree that, taking into account the public interest in prompt disposition of criminal cases,
2 | good cause exists to schedule the deadline for Indictment or Preliminary Hearing for April 3, 2017.
3 |     The defendant also agrees to toll and to waive for this period of time any time limits applicable
4 | under Title 18, United States Code, Section 3161(b) and 3161(h) until April 3, on the ground that
5 | defense counsel needs time to confer with his client. The parties agree and stipulate that defense counsel
6 | needs time to prepare the case and that an exclusion of time under the Speedy Trial Act for effective
7 | preparation of counsel is warranted pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
8 | (B)(iv).

10 | IT IS SO STIPULATED

12 | DATED: March 1, 2017            Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

By: _____/s/_____
SHEILA A.G. ARMBRUST
Assistant United States Attorney

17 | DATED: March 1, 2017

_____/s/_____
ROBERT W. LYONS
Counsel for DAN NGUYEN

22 | IT IS SO ORDERED.

24 | DATED: 3/2/17

HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT